E. F. AYDLETT v. ALETHIA NEAL et al.

*Messrs. Grandy & Aydlett*, for plaintiff (appellant).
*Mr. W. J. Griffin*, for defendants.

BURWELL, J.: The matters involved in this appeal are substantially the same as those considered by us in the case of *Aydlett* v. *Pendleton*, decided at this term. For the reasons stated in the opinion filed in that cause, there must be a new trial, and it is so ordered.

New Trial.